# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOE CLENDENIG**                                                                                    **PLAINTIFF**

**V.**                          **NO. 4:22-cv-01010-LPR-ERE**

**DOES**                                                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If you don't object, you risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.     Discussion:**

On October 19, 2022, Plaintiff Joe Clendenig, formerly an inmate at the Pulaski County Detention Facility, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1*.

On November 8, 2022, mail sent to Plaintiff Joe Clendenig from the Court was returned as undeliverable. *Doc. 3.*

On November 9, 2022, the Court ordered Mr. Clendenig to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4.* To date, he has not responded to the Court's October 4 Order, and the time to do so has passed.

Mr. Clendenig has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Clendenig regarding his lawsuit.

### III.   Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1.   Mr. Clendenig's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's November 9 Order; (3) update his address; and (4) prosecute this lawsuit.

2.   The Clerk be instructed to close this case.

Dated this 12th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE