IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE CLENDENIG                                                                                          PLAINTIFF

v.                              Case No. 4:22-cv-01010-LPR

DOES                                                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith. This case is closed.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE